S

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:23-CR-__3 (CAR)__ |
| Plaintiff, | VIOLATIONS:<br>21 U.S.C. § 846 |
| v.<br>JOSE GUADALUPE FAVELA<br>LUIS MEJINA PINA<br>DIEGO GARCIA and<br>JUAN PABLO TORRES | 21 U.S.C. § 841(a)(1)<br>21 U.S.C. §841(b)(1)(A)(viii)<br>21 U.S.C. § 841(b)(1)(C)<br><br>FILED UNDER SEAL |
| Defendants. | |

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>
<u>**Conspiracy to Possess with Intent to Distribute Controlled Substances**</u>

Beginning sometime before November 16, 2021 and continuing until on or about October 26, 2022, the exact dates being unknown to the Grand Jury, in the Athens and Macon Divisions of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendants,

**JOSE GUADALUPE FAVELA, LUIS MEJINA PINA, DIEGO GARCIA AND
JUAN PABLO TORRES**

did knowingly, and intentionally conspire together with one another, and with others both known and unknown to the Grand Jury, to possess with the intent to distribute controlled substances, to wit: 1) methamphetamine weighing in excess of fifty (50) grams and 2) cocaine, all in violation of Title 21, United States Code, Section 846 i/c/w Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii) and 841(b)(1)(C).

1

## COUNT TWO
### Distribution of Methamphetamine

On or about December 19, 2021, in the Athens Division of the Middle District of Georgia and elsewhere within this Court's jurisdiction, the defendant,

### JOSE GUADALUPE FAVELA

knowingly and intentionally distributed a Schedule II controlled substance, to wit: methamphetamine weighing in excess of fifty (50) grams; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT THREE
### Distribution of Methamphetamine

On or about October 6, 2022, in the Athens Division of the Middle District of Georgia and elsewhere within this Court's jurisdiction, the defendants,

### JOSE GAUDALUPE FAVELA

knowingly and intentionally distributed a Schedule II controlled substance, to wit: methamphetamine weighing in excess of fifty (50) grams; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

A TRUE BILL.

*/s/ Foreperson of the Grand Jury*

FOREPERSON OF THE GRAND JURY

PRESENTED BY:

PETER D. LEARY
UNITED STATES ATTORNEY

*Leah E. McEwen*

LEAH E. McEWEN
ASSISTANT UNITED STATES ATTORNEY

*Filed in open court this* \_\_\_11\_\_\_ *day of*
\_\_Jan_____ *A.D. 20*23 .

_____
*Deputy Clerk*

3