# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA ATHENS DIVISION

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | |
| | : | No. 3:23-CR-3-CAR-CHW-1 |
| JOSE GUADALUPE FAVELA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER ON MOTION TO CONTINUE TRIAL

Before the Court is the Defendant Jose Guadalupe Favela's Motion to Continue [Doc. 51] the pretrial conference scheduled for March 8, 2023, and the trial, which is set to begin on April 3, 2023, in Athens, Georgia. On January 11, 2023, the Grand Jury returned a multi-defendant, multi-count indictment charging Defendant Favela with one count of Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, and two counts of Distribution of Methamphetamine. On February 1, 2023, Defendant was arrested, and on February 2, 2023, he was appointed counsel, pled not guilty at her arraignment, and ordered detained pending trial. This is Defendant's first request for a continuance, and the Government does not oppose it.

In the Motion, Defense Counsel represents that she has not yet received the Government's discovery, and additional time is needed for counsel to receive and review the discovery with Defendant, determine is further investigation is necessary, investigate

any possible defenses that may arise, and engage in potential plea negotiations. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, Defendant's Motion to Continue Trial [Doc. 51] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until the June 12, 2023 term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 24th day of February, 2023.

s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT