**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**JOSE GUADALUPE FAVELA,**<br><br>   *Defendant.* | **CRIMINAL ACTION NO.**<br>**3:23-cr-00003-TES-CHW-1** |

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL
IN THE INTERESTS OF JUSTICE**

Before the Court is Defendant Jose Guadalupe Favela's Unopposed Motion for Continuance [Doc. 31]. On January 11, 2023, the Government obtained an indictment charging Defendant with Conspiracy to Possess with Intent to Distribute Controlled Substances and Distribution of Methamphetamine in violation of 21 U.S.C. § 841(a)(1); (b)(1)(A)(viii); and (b)(1)(C). [Doc. 1]. Defendant entered a plea of not guilty on February 2, 2023. [Doc. 31].

Defendant seeks a continuance because his counsel is involved in a complex case in Fulton County, Georgia, where the trial is expected to last 3-6 months, and directly conflicts with the trial date in this case. [Doc. 31, p. 1]. So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Motion for Continuance [Doc. 31], and this case and its pretrial conference are **CONTINUED** to the Court's next trial term— beginning August 7, 2023. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 21st day of April, 2023.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
