IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSE GUADALUPE FAVELA,<br><br>   *Defendant*. | CRIMINAL ACTION NO.<br>3:23-cr-00003-TES-CHW-1 |

ORDER GRANTING MOTION TO CONTINUE TRIAL
IN THE INTERESTS OF JUSTICE

Before the Court is Defendant Jose Guadalupe Favela's Motion for Continuance [Doc. 131]. On January 11, 2023, the Government obtained an indictment charging Defendant with Conspiracy to Possess with Intent to Distribute Controlled Substances and Distribution of Methamphetamine in violation of 21 U.S.C. § 841(a)(1); (b)(1)(A)(viii); and (b)(1)(C). [Doc. 1]. Defendant entered a plea of not guilty on February 2, 2023. [Doc. 31]. For the same reason as it does so today, the Court previously granted Defendant's First Motion to Continue Trial [Doc. 113] from the October term to the February term. [Doc. 114].

Defendant now seeks a continuance because his counsel is involved in a complex case in Fulton County Superior Court, where the trial is expected to last four to six additional months, and directly conflicts with the pretrial conference and trial dates in this case. [Doc. 131, pp. 1–2]. So as to avoid a miscarriage of justice, the Court **GRANTS**

Defendant's Motion for Continuance [Doc. 131], and this case and its pretrial conference are **CONTINUED** to the Court's June trial term—beginning June 24, 2024. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 23rd day of January, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**