IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**JOSE GUADALUPE FAVELA,**<br><br>*Defendant*. | **CRIMINAL ACTION NO.**<br>**3:23-cr-00003-TES-CHW-1** |

**ORDER GRANTING MOTION TO CONTINUE TRIAL
IN THE INTERESTS OF JUSTICE**

Before the Court is Defendant Jose Guadalupe Favela's Consent Motion for Continuance [Doc. 153]. On January 11, 2023, the Government obtained an indictment charging Defendant with Conspiracy to Possess with Intent to Distribute Controlled Substances and Distribution of Methamphetamine in violation of 21 U.S.C. § 841(a)(1); (b)(1)(A)(viii); and (b)(1)(C). [Doc. 1]. Defendant entered a plea of not guilty on February 2, 2023. [Doc. 31]. The Court has previously granted two motions to continue trial filed by Defendant. *See* [Doc. 114]; [Doc. 135].

Defendant now seeks a continuance for the same reasons as before: because his counsel is involved in a complex case that is expected to last several additional months and directly conflicts with the pretrial conference and trial dates in this case. [Doc. 153, ¶¶ 2–3]. The Government does not oppose the Motion. [*Id*. at ¶ 5]. So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Unopposed Motion to Continue

[Doc. 153]. Accordingly, the Court **CONTINUES** this case to *September 23, 2024*. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 30th day of May, 2024.

S/ Tilman E. Self, III<br>
**TILMAN E. SELF, III, JUDGE**<br>
**UNITED STATES DISTRICT COURT**