IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **JOSE GUADALUPE FAVELA,** <br><br> *Defendant.* | **CRIMINAL ACTION NO.** <br> **3:23-cr-00003-TES-CHW-1** |

**ORDER GRANTING MOTION TO CONTINUE TRIAL
IN THE INTERESTS OF JUSTICE**

Before the Court is Defendant Jose Guadalupe Favela's Motion for Continuance [Doc. 168]. On January 11, 2023, the Government obtained an indictment charging Defendant with Conspiracy to Possess with Intent to Distribute Controlled Substances and Distribution of Methamphetamine in violation of 21 U.S.C. § 841(a)(1); (b)(1)(A)(viii); and (b)(1)(C). [Doc. 1]. Defendant entered a plea of not guilty on February 2, 2023. [Doc. 31].

Defendant seeks a continuance because his counsel is involved in case which is set for trial at the same time in the United States District Court for the District of the Virgin Islands. [Doc. 168, pp. 1–2]. So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Motion for Continuance [Doc. 168], and this case and its pretrial conference are **CONTINUED** to March 24, 2025. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the

public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 10th day of January, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**